```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                        PANAMA CITY DIVISION
```

IN RE:                              )
                                    )
CYNTHIA ALEXANDER,                  )   CASE NO. 04-50673-LMK
                                    )      CHAPTER 7
        Debtor.                     )
_____)

## REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 6 | AT&T Universal<br>P. O. Box 8115<br>S. Hackensack, NJ 07606 | 992.26 |
| 10 | Chevron Credit Card Bank<br>P. O. Box 5010<br>Concord, CA 94524 | 305.31 |
| 11 | Ford Motor Credit<br>P. O. Box 11407<br>Birmingham, AL 35246 | 7,632.77 |
| 13 | Sam's Club<br>P. O. Box 530993<br>Atlanta, GA 30353 | 763.28 |

Dated: 8/12/11                      /s/ John E. Venn, Jr.
                                    JOHN E. VENN, JR.,
                                    TRUSTEE
                                    FL Bar No. 184992
                                    220 W. Garden St.
                                    Suite 603
                                    Pensacola, FL 32502
                                    (850) 438-0005
                                    Johnevennjrpa@aol.com